# MEMORANDUM CASES.

[S. F. No. 6681.   In Bank.—December 15, 1914.]

MELVILLE CLARK PIANO COMPANY, Petitioner, v. FRANK C. JORDAN, as Secretary of State of the State of California, Respondent.

CORPORATION—CONSTITUTIONAL LAW—LICENSE-TAX—CORPORATION DOING INTERSTATE AND INTRASTATE BUSINESS.—Writ of Mandate denied on the authority of *Albert Pick & Co.* v. *Jordan, ante,* p. 1.

APPLICATION for a Writ of Mandate directed to the Secretary of State of the State of California.

The facts are similar to those stated in the opinion in *Albert Pick & Co.* v. *Jordan, ante,* p. 1.

Judson W Reeves, and Willard P. Smith, for Petitioner.

THE COURT.—The questions involved in this cause are the same as those considered in *Albert Pick & Co.* v. *Frank C. Jordan, as secretary of state of the state of California,* (S. F. No. 6392), *ante,* p. 1, [145 Pac. 506], this day decided. Upon the authority of that case the writ of mandate herein prayed for is denied.